Name ERNEST Godfrey LogAn JR.

Street Address 265. S. western AVE

City and County LoS Angeles

State and Zip Code CAliforniA, 90004

Telephone Number 213/528-1854

EMAIL: ERnESTg, LogAmJR72@gmL.Com

FILED

APR 14 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ERnEST GodfRey LogAn JR
265 S. westERn AVE # 74102
LoS Angeles, CALifORniA, 90004

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

"VAnESSA, fuel
-against- CHEVRON STATions

48320 SEminoLE DR
CABAZon, CALifoRniA. 92230

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for a Civil Case**

Case No. 2:JlCV 1529 DJC CSK

(to be filled in by the Clerk's Office)

Jury Trial:     ☒ Yes    ☐ No
(check one)

(PS)

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name ERNEST Godfrey LogAn JR
Street Address 265 S. WESTERN AVE # 74102 #
City and County LoS AngeLES,
State and Zip Code CALiForniA, 90004
Telephone Number 213/ 528-1854

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name "CHEVRon fuEL sTATion"
Job or Title (if known) CHEC 01 # cJERK
Street Address 48320 SEminoLE DR
City and County CABAZON,
State and Zip Code CALiforniA, 92230
Telephone Number

Defendant No. 2
Name MS. VANESSA
Job or Title (if known) CASHieR / CIERK
Street Address 48320 SEMinoLE DR
City and County CABAZOn
State and Zip Code CALiforniA, 92230
Telephone Number

2

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question                ☐ Diversity of citizenship

3

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*negligence*

*PRofiLE THEFT* *PRofESSionAL*

*($ 60 million DollARs) DUE To THis (A.T.M.) mAcHine DUE To THis (A.T.m) mAcHine (Dis-cREdiTs) wiTHHolding CusTomERs (money) funds) cREdiTs of OVER $60 sixty-THousAnd dollARs, And sTill going. THis sTATion Also sTole my P.O. Box Keys on mARcH-14-2026 going To USE A.T.m.*

V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/30, 2026

Signature of Plaintiff

Printed Name of Plaintiff   *ERNEST Godfrey LogAn JR*

6

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 60.000,000 Sixty million Dollars DUE THE Bold Embellzelment, Grand Theft of Profile Theft Ring, CVC. Professional Negligence

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On March-14-2006 I WENT TO THis (Chevron fuel sTATions) To USE THis (A.T.M) machine & get (A Soda) with A Rack of (Cigar, Swiss or Sweets) someone stole (P.O. Box keys) in STATion. THis (Chevron fuel sTATion) (A.T-m) machine Always withHold my cash, money credits But THE Reciepts I get Always say machine Dispense cash.

5

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

DiscriminaTion All (LaTin) (BuenoS NocHes)
MOVEMENT. SToLE I.D # 7230900
2023 ETc) GRAnd THeFT (ProfiLe) THefT
CVC- ProfessionAl Negligence

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* ERNesT Godfrey LogAn JR a citizen of the State of *(name)* CALiforNiA.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* L.A. meGGazDon.Com, is incorporated under the laws of the State of *(name)* CALiFoRiA and has its principal place of business in the State of *(name)* CALiforNiA.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* MS-VANESSA, is a citizen of the State of *(name)* CALiforNiA. Or is a citizen of *(foreign nation)* CALiforNiA

4



**PORTE**

P.O. Box 2136
Austin, TX 78768-2136

ERNEST G LOGAN JR          **N0056571
265 S WESTERN AVE
APT 74102
LOS ANGELES, CA 90004

### Deposit Account Statement
Account Number: XXXXXX2050

| Customer Service Information | |
|---|---|
| Website: | www.joinporte.com |
| Customer Service: | 800-267-7080 |

## Account Summary

For July 01, 2025 to July 31, 2025

| | |
|---|---|
| Beginning Balance on July 01, 2025 | $1,112.59 |
| Deposits and Credits | $296.05 |
| Withdrawals and Debits | -$1,407.12 |
| **Ending Balance on July 31, 2025** | **$1.52** |

## Deposits and Credits

| Date Posted | Description | Amount |
|---|---|---|
| 07/17/2025 | Credit: Netspend Network (network ref: ACE Cash Express 1015 W FLORENCE AVE LOS ANGELES,CA 90044) | $296.05 |
| **Total Deposits and Credits** | | **$296.05** |

## Withdrawals and Other Debits

| Date Posted | Description | Amount |
|---|---|---|
| 07/03/2025 | Debit: Withdrawal at ACE, ACE #4710 on card ending in 5005 | -$26.25 |
| 07/05/2025 | Debit: ATM Balance Inquiry Fee - Domestic | -$1.00 |
| 07/05/2025 | Debit: ATM Balance Inquiry Fee - Domestic | -$1.00 |
| 07/05/2025 | Debit: ATM Withdrawal Fee - Domestic | -$2.50 |
| 07/05/2025 | Debit: ATM Cash Withdrawal at CHASE        3738 CRENSHAW BLVD LOS ANGELES CA US | -$303.50 |
| 07/08/2025 | Debit: ATM Cash Withdrawal at U.S. Bank TM    U.S. Bank TM US BANK BANNING Banning CAUS | -$183.50 |
| 07/08/2025 | Debit: ATM Withdrawal Fee - Domestic | -$2.50 |
| 07/16/2025 | Debit: Monthly Fee 07/15/2025 | -$9.95 |
| 07/18/2025 | Debit: ATM Withdrawal Fee - Domestic | -$2.50 |
| 07/18/2025 | Debit: ATM Cash Withdrawal at P464144        MORONGO CASI 3 49750 SEMINOLE DRIVE CABAZON CAUS | -$204.95 |
| 07/20/2025 | Debit: ATM Withdrawal Fee - Domestic | -$2.50 |
| 07/20/2025 | Debit: ATM Cash Withdrawal at 50033CASOBSOBOB EVI* SOBOBA CASINO 23333 SOBOBA RD SAN JACINTO CAUS | -$204.00 |
| 07/22/2025 | Debit: ATM Withdrawal Fee - Domestic | -$2.50 |
| **Total Withdrawals and Other Debits** | | **-$1,407.12** |

| Date Posted | Description | Amount |
|---|---|---|
| 07/22/2025 | Debit: ATM Cash Withdrawal at 50033CASOBSOBOB EVI* SOBOBA CASINO 23333 SOBOBA RD SAN JACINTO CAUS | -$204.00 |
| 07/23/2025 | Debit: ATM Cash Withdrawal at PASSPORT      Morongo Casino C 49750 SEMINOLE DRIVUS CABAZON CAUS | -$104.95 |
| 07/23/2025 | Debit: ATM Withdrawal Fee - Domestic | -$2.50 |
| 07/24/2025 | Debit: ATM Cash Withdrawal at P330768      Morongo Casino TR06 49750 SEMINOLE DRIVE CABAZON CAUS | -$104.95 |
| 07/24/2025 | Debit: ATM Withdrawal Fee - Domestic | -$2.50 |
| 07/24/2025 | Debit: PIN purchase 445900005425  WM SUPERCENTER # 186 SAN JACINTO AVE SAN JACINTO CAUS | -$21.52 |
| 07/27/2025 | Debit: Signature purchase from 248751000103177 GOOGLE *Blackjack 21 c 855-836-3987 CA US | -$2.99 |
| 07/30/2025 | Debit: ATM Balance Inquiry Fee - Domestic | -$1.00 |
| 07/31/2025 | Debit: PIN purchase from 80100028313      RALPHS #0283 5080 RODEO R LOS ANGELES CA US | -$12.38 |
| 07/31/2025 | Debit: PIN purchase from 80100028313      RALPHS #0283 5080 RODEO R LOS ANGELES CA US | -$3.66 |
| **Total Withdrawals and Other Debits** | | **-$1,407.12** |

## Overdraft Fee Summary

| | This Month | YTD |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

An Overdraft fee will pend to your Account when a purchase transaction or ATM withdrawal causes your available balance to be less than -$10.00. The 24 grace period will begin after the settlement/posting of the transaction that caused the first Overdraft Fee to pend. The pending fee will be released if the available balance is at least $0 at the conclusion of the grace period.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Telephone us at 1-800-267-7080 or email us at support@cs.joinporte.com, or write us at Porte, P.O. Box 2136, Austin, TX 78768-2136 as soon as you can if you think your Account statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent (or delivered through the Porte Mobile App) the FIRST statement on which the problem or error appeared. In your communication to us, you will need to provide us with the following information:

1. Your name and account number.
2. A description of the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. The dollar amount of the suspected error.

If you tell us orally, we may require that you send your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any errors promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your Account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**

Contact us immediately if your statement is incorrect or if you need more information about any non-electronic transactions (e.g., deposits) on this statement. If any such error appears, you must notify us in writing no later than 60 days after the statement was made available to you. For more complete details, see your Deposit Account Agreement or other applicable terms and conditions that govern your account.

PORTE is a deposit account established by Pathward, National Association, Member FDIC, and the PORTE Debit Card is issued by Pathward, N.A., pursuant to a license from Visa U.S.A. Inc. Certain products and services may be licensed under U.S. Patent Nos. 6,000,608 and 6,189,787. Card may be used everywhere Visa debit cards are accepted.
© 2022 Netspend Corporation. All rights reserved worldwide. Netspend is the federally registered U.S. service marks of Netspend Corporation. All other trademarks and service marks belong to their owners.